| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2766<br>Facsimile: (916) 554-2900 |

FILED

JUN 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONES ASSIGNED TELEPHONE NUMBERS: (916) 945-0190, (530) 210-4296, (909) 205-0651, and (909) 452-5029 | NO. 2:13-SW-<br><br>SEALING ORDER<br><br>2:13-SW-0406 DAD<br><br>**SEALED** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 6/10/13

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Sealing Order                                   1